Donald F. BYRD, JR. v. Edward F. KEHOE, Commissioner, Fish and Game Department, No. 316-77

November 16, 1977. Motion to Stay denied.

H. Bennett BURNHAM v. Eldredge PIER, Virginia Morse, Alan Twitchell, Leon Course, & Allan Scott, Jr., No. 304-77

November 29, 1977. The Complaint for Extraordinary Relief failing to set forth why there is no adequate remedy by proceedings for extraordinary relief in the Superior Court, the Complaint is dismissed. V.R.A.P. 21(b).

Mary Just SKINNER v. SAAB SCANIA OF AMERICA, INC., & Saab Scania Aktiebolag, No. 306-77

November 29, 1977. Motion for Permission to Appeal denied.

STATE of Vermont v. Frederick Allen TATRO, No. 191-76

November 29, 1977. Appeal dismissed for lack of compliance with progress order dated October 5, 1977.

Linda KANE v. Patrick W. KANE, No. 25-77

November 29, 1977. Entry Order of November 8, 1977, in the above-captioned case is stricken. Appeal dismissed by stipulation of the parties.

George C. WESCHE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 315-76

November 29, 1977. Appeal dismissed for lack of compliance with progress order of October 12, 1977.

James C. SUNDAY v. STRATTON CORPORATION, No. 241-77

December 7, 1977. The defendant's motion for remand presents no newly discovered admissible evidence which could warrant relief from final judgment in the trial court, and is therefore denied. V.R.C.P. 60(b)(2).

BELLOWS FALLS VILLAGE CORPORATION v. DUFRESNE-HENRY ENGINEERING CORPORATION, No. 245-77

December 8, 1977. Since there is no final judgment from which an appeal could be taken to this court, V.R.C.P. 54(b), and permission for interlocutory appeal under V.R.A.P. 5(b) not having been obtained, this Court lacks jurisdiction and the appeal is dismissed.